**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 08-8064

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

      v.

VERDELL EVANS,

              Defendant - Appellant.

Appeal from the United States District Court for the District of
South Carolina, at Greenville.   Margaret B. Seymour, District
Judge.   (6:02-cr-00612-MBS-1)

Submitted:  November 20, 2008      Decided:  December 2, 2008

Before MOTZ and GREGORY, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Verdell Evans, Appellant Pro Se.   Isaac Louis Johnson, Jr.,
OFFICE OF THE UNITED STATES ATTORNEY, Greenville, South
Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Verdell Evans appeals the district court's order denying his motion filed pursuant to 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we deny Evans' motion for transcripts at government expense and affirm for the reasons stated by the district court. United States v. Evans, No. 6:02-cr-00612-MBS-1 (D.S.C. filed July 17, 2008; entered July 18, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED